**NOT FOR PUBLICATION**                          **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTORIA RANSOME and GARY SMITH,<br><br>                      Plaintiffs,<br>v.<br><br>STATE FARM & AFFILIATES, SPRINGFIELD AUTO GROUP, INC., WESTLAKE FINANCIAL SERVICES,<br><br>                      Defendants. | Civil Action No. 15-3175 (CCC-MF)<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the motion of defendant State Farm Guaranty Insurance Company (improperly named in the caption State Farm & Affiliates) ("State Farm") to dismiss the Complaint of *pro se* plaintiffs Victoria Ransome and Gary Smith ("Plaintiffs") for failure to answer interrogatories. (ECF No. 14.) Plaintiffs did not submit opposition to State Farm's motion. On November 1, 2016, Magistrate Judge Mark Falk issued a Report and Recommendation ("R&R") that the Court dismiss the Complaint without prejudice due to a lack of federal jurisdiction and that in light of the lack of federal jurisdiction, State Farm's motion to dismiss for failure to provide discovery be denied without prejudice. (ECF No. 16.) No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Falk's R&R, and for substantially the same reasons stated therein;

IT IS on this 22 day of December, 2016

**ORDERED** this Court adopts Judge Falk's November 1, 2016 R&R that the Complaint be dismissed without prejudice for lack of federal jurisdiction and that State Farm's motion to dismiss for failure to provide discovery be denied without prejudice; and it is further

**ORDERED** the Clerk of the Court shall close the file in this matter.

**SO ORDERED.**

								_____
								CLAIRE C. CECCHI, U.S.D.J.